# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Rearraignment **NON-EVIDENTIARY** HELD |
| Case number: | 4:21-CR-182-P |
| Defendant | RONALD WAYNE COLE, sworn |
| Court Reporter | Debbie Saenz |
| Interpreter: | N/A |
| US Attorney: | Frank Gatto |
| Defense Attorney: | Derek Brown, CJA |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | August 18, 2021 |
| Status: | Defendant entered plea of guilty to Ct. B of 3 Ct. Indictment |
| | Deft TBS: Decmeber 16, 2021 |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | Julie Harwell |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 18 2021

CLERK, U.S. DISTRICT COURT
_____
Deputy