

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                                                  No. 4:21-CR-182-P

RONALD WAYNE COLE (01)

## FACTUAL RESUME

| | |
|---|---|
| INDICTMENT COUNT ONE: | Possess with Intent to Distribute a Controlled Substance (Fentanyl) (in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)) |

### MAXIMUM PENALTY:

- Imprisonment for a period of at least five years to a maximum 40 years;

- A fine not to exceed $5,000,000 or both a fine and imprisonment;

- A supervised-release term of at least four years and a maximum of Life, which is mandatory under the law and will follow any imprisonment term. If the defendant violates any of the supervised-release conditions, the Court could revoke his supervised release, and order him to serve additional prison time;

- Forfeiture of property; and

- A $100 mandatory special assessment.

### ELEMENTS OF THE OFFENSE:

The essential elements that must be proved beyond a reasonable doubt to establish the offense charged in Count One of the Indictment are as follows:

First:        That the defendant knowingly possessed a controlled substance;

Second:   The controlled substance was in fact Fentanyl;

Third:      The defendant possessed the controlled substance with the intent to distribute it; and

Fourth:      The quantity of the Fentanyl was at least 40 grams.

STIPULATED FACTS:

On or about March 2, 2021, Haltom City police, while investigating a traffic accident, found two bags containing round blue pills marked with "M30" in Cole's possession. Laboratory tests confirmed the pills were more than 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4piperidinyl] propanamide, also known as Fentanyl. Cole admits he knowingly possessed this Fentanyl with the intent to distribute it.

For purposes of the forfeiture provision in the indictment only, Cole admits he knowingly possessed a Beretta, model PX4 Storm, 9mm pistol, bearing serial number PX2603U, as a prohibited person and that the Beretta firearm is subject to judicial or administrative forfeiture.

SIGNED this _12_ day of _August_, 2021.

_____       _____
RONALD WAYNE COLE                     DEREK D. BROWN
Defendant                             Counsel for Defendant